# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX, a business of unknown form; JAMES CARTER, a married man as his sole and separate property, husband of grantor; and Does 1-10,<br><br>    Defendants. | Case No. 8:18-cv-2264 AG (ADSx)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 21, 2018<br>Trial Date: None<br>District Judge: Hon. Andrew J. Guilford<br>    Courtroom 10D, Santa Ana<br>Magistrate Judge: Hon. Autumn D. Spaeth<br>    Courtroom 6B, Santa Ana |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2019

_____
Honorable Andrew J. Guilford, District Judge
UNITED STATES DISTRICT COURT

Case No. 8:18-cv-2264 AG (ADSx)
ORDER GRANTING DISMISSAL OF ENTIRE CASE WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

Proposed Order Granting Dismissal